William Moreno #60295
Name and Prisoner/Booking Number

Kings County Jail.
Place of Confinement

P.O. Box 1699
Mailing Address

Hanford, Ca, 93230
City, State, Zip Code

FILED
JAN 14 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

William Moreno, (Full Name of Plaintiff) Plaintiff,

v.

(1) SGT. J. Burnes, (Full Name of Defendant)
(2) C.O. E. Cerda,
(3) C.O. W. Cervantes,
(4) Corcoran State Prison, Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:20-CV-00065-BAM-(PC) (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: ______________________.

2. Institution/city where violation occurred: Corcoran State Prison / Corcoran, Ca.

RECEIVED
JAN 14 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

## B. DEFENDANTS

1. Name of first Defendant: J. Burnes. The first Defendant is employed as: Sergeant (Position and Title) at Corcoran State Prison (Institution).

2. Name of second Defendant: E. Cerda. The second Defendant is employed as: Correctional Officer (Position and Title) at Corcoran State Prison (Institution).

3. Name of third Defendant: W. Cervantes. The third Defendant is employed as: Correctional Officer (Position and Title) at Corcoran State Prison. (Institution).

4. Name of fourth Defendant: Corcoran State Prison The fourth Defendant is employed as: ______ (Position and Title) at Corcoran State Prison (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2. If yes, how many lawsuits have you filed? Ø. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: ______ v. ______
   2. Court and case number: ______.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______.

b. Second prior lawsuit:
   1. Parties: ______ v. ______
   2. Court and case number: ______.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______.

c. Third prior lawsuit:
   1. Parties: ______ v. ______
   2. Court and case number: ______.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Constitutional right of 8th amendment, USCS § 1983.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☑ Excessive force by an officer ☑ Threat to safety ☐ Other: ______________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The defendants J. Burnes, E. Cerda, and W. Cervantes, have all threatend to beat me, for a previous incident. They told me they would "beat me" when i was housed in 4A1R, cell #42, in Corcoran state prison.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I was mentally injured by the verbal attack, i was scared, paranoid, and jumpy.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☑ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. It did not go to the highest level, because they Kept post poning my grivance, and i was released.

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: Constitutional right 8th amendment, USCS §1983.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☑ Excessive force by an officer ☐ Threat to safety ☐ Other: ______.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
Correctional officers W. Cervantes, and E. Cerda, along with an unidentified correctional officer, beat me severly infront of 4A2 building in small management yard #2, in Corcoran state prison. The beating occured at approxamently 8:53 pm, and lasted about 4 minutes. They did not push the alarm untill sometime after. E. cerda and W. Cervantes, including the unidentified male procceded to punch, kick, stomp, and knee me, in my face, head, and upper torso, and leggs. I was in hand cuffs the entire time.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I sufferd both mentally, and physically, i had numerous, cuts/lacc‌erations swollen areas, bruised, and scars. Mentally, i am scarred of the staff, even in different facilitys. I get anxious everytime i exit my cell.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No

c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☑ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. It did not go to the highest level, because they kept post poning my grivance, and i was released.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Constitutional right, 8th amendment, USCS § 1983.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   - ☐ Excessive force by an officer ☐ Threat to safety ☑ Other: Failure to protect.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
Corcoran State Prison has failed to protect me, and provide me safety. The correctional officers involved in commiting battery upon me, has done the same on a lot of other inmates. Corcoran State Prison has not given them any type of punishment or attempted to prevent this behavior by their staff, in any type of way.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I was both mentally and physically hurt, and ~~[illegible]~~ scarred.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. It did not go to the highest level, because they kept post poning my grivance, and i was released.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I am seeking relief for the damages and pain i endured by the people mentioned in this civil complaint, in the full payment of $500,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/08/2019
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.