1

2

3

4

5

6

7

8

9

10

11

12

13

14

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MORENO, | Case No. 1:20-cv-00065-AWI-EPG (PC) |
|        Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
|    v. | |
| J. BURNES, et al., | (ECF No. 11) |
|        Defendants. | |

15       William Moreno ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil

16 rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

17 magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

18       On July 24, 2020, Magistrate Judge Erica P. Grosjean entered findings and

19 recommendations, recommending that "[t]his case be dismissed, without prejudice, because of

20 Plaintiff's failure to comply with court orders and to prosecute this case," and that "[t]he Clerk

21 of Court be directed to close this case."  (ECF No. 11, p. 3).

22       Plaintiff was provided an opportunity to file objections to the findings and

23 recommendations.  The deadline to file objections has passed, and Plaintiff has not filed

24 objections or otherwise responded to the findings and recommendations.[1]

25       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this

26 Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

27

---

[1] The copy of the findings and recommendations that was served on Plaintiff was returned as undeliverable.

28

the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on July 24, 2020, are ADOPTED IN FULL;

2. This case is dismissed, without prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 9, 2020           _____

                                     SENIOR  DISTRICT  JUDGE